# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAMZI AKEL and CATERINA AKEL,**
Appellants,

v.

**CHARLES SCARDINA, CHERYL SCARDINA,
ANGELO SCARDINA and ELISABETH SCARDINA,**
Appellees.

No. 4D20-1561

[April 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case Nos. 502014CA004618 and 502014CA005592.

Steven M. Katzman and Helaina Bardunias of Katzman, Wasserman, Bennardini & Rubinstein, P.A., Boca Raton, for appellants.

Isaac J. Mitrani, Pamela A. Chamberlin and Daniel S. Bitran of Mitrani, Rynor, Adamsky & Toland, P.A., Miami Beach, for appellees Charles Scardina and Cheryl Scardina.

Gerald F. Richman of Fisher Potter Hodas, PLLC, West Palm Beach, for appellees Angelo Scardina and Elisabeth Scardina.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***